IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GLOBAL CONTROL SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-657-DGK |
| | ) | |
| DEREK LUEBBERT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is a discovery dispute that arose during the deposition of Brandon Krahenbill. Mr. Krahenbill has resisted answering two of Plaintiff's questions. The parties have briefly summarized their respective positions for the Court over e-mail (Doc. 39-1).

The Court is troubled that Plaintiff waited until Mr. Krahenbill's deposition to ask for this information. At the same time, the Court does not understand why the parties cannot take advantage of the procedures outlined in the protective order (Doc. 29). Based on the information provided, the Court cannot resolve this dispute at this time.

If the parties cannot resolve this issue on their own today, then Mr. Krahenbill may move to limit the deposition in accordance with Federal Rule of Civil Procedure 30(d)(3). The deposition will be suspended as to those two questions, but Mr. Krahenbill shall file a Rule 30(d)(3)(A) motion by December 30, 2014. Plaintiff shall file a response seven days after Mr. Krahenbill does. No further briefing will be permitted. In deciding Mr. Krahenbill's motion, the Court will consider, pursuant to Rule 30(d)(3)(C), awarding expenses and attorney's fees.

**IT IS SO ORDERED.**

Date:  December 17, 2014          /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT