# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GLOBAL CONTROL SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-657-DGK |
| ) | |
| DEREK LUEBBERT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER REGARDING FOURTH DISCOVERY DISPUTE

This matter is before the Court on a discovery dispute. Pursuant to Local Rule 37.1(a), the Court reviewed briefs submitted by the parties and on December 9, 2015, at 3:00 p.m., the Court held a telephone hearing during which it heard argument from Art Shaffer, counsel to Plaintiff Global Control Systems, Inc. ("GCS"), and from Walter Brown, counsel to Defendants Derek Luebbert ("Luebbert"), Atlas Industrial Solutions LLC ("Atlas"), and Midwest Controls LLC ("Midwest"). The Court now rules as follows.

First, the Court previously ordered (Doc. 106) Midwest to search the laptop of its president, Brandon Krahenbill, using search terms supplied by GCS. The Court ordered Midwest to immediately produce responsive documents to GCS. Midwest has not done so. Per the parties' agreement, Midwest will fully comply no later than December 14, 2015.

Second, GCS seeks certain financial records from Luebbert and Atlas, including deposit slips from their bank. The parties have agreed to resolve this dispute without court intervention.

These issues could and should have been resolved without calling a conference with the Court. The Court cautions the parties that unless they make a greater effort to resolve their differences by agreement, it may sanction one or more parties in the future.

2

As a final matter, defense counsel made an oral motion, unopposed, for an extension of time to file a reply brief in support of the pending motion for summary judgment. The motion is granted. Defendants Luebbert, Atlas, and Midwest are granted leave through and including December 14, 2015, within which to file their brief.

**IT IS SO ORDERED.**

Date:   December 11, 2015            /s/ Greg Kays
                                     GREG KAYS, CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT