# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GLOBAL CONTROL SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) ) Case No. 14-00657-CV-W-DGK |
| v. | ) ) |
| DEREK LUEBBERT, *et al.*, | ) ) |
| Defendants. | ) |

### ORDER SETTING EXAMINATION OF JUDGMENT DEBTOR

Pending before the Court is Plaintiff's Motion for Examination of Judgment Debtor. (Doc. #243.) On August 3, 2016, Plaintiff obtained a judgment against the Defendant Derek Luebbert in the principal amount of $302,631.30, plus $47,074.85 in pre-judgment interest. (Doc. #238.) Additionally, Defendant Luebbert, along with co-defendant Atlas Industrial Solutions, LLC, were held jointly and severally liable for Plaintiff's attorneys' fees in the amount of $305,802.89. (Doc. #238.) Plaintiff now seeks information on the Judgment Debtor's assets in order to collect on the judgment. (Doc. #243.)

Based on the foregoing, it is

ORDERED that the Plaintiff's Motion for Examination of Judgment Debtor (Doc. #243) is granted. Defendant Derek Luebbert shall appear at 11:00 a.m. on Thursday, December 12, 2019, before Magistrate Judge Lajuana M. Counts, Courtroom 6E, United States Courthouse, 400 East Ninth Street, Kansas City, Missouri, to undergo an examination under oath concerning the ability to satisfy the judgments entered on August 3, 2016. It is further

ORDERED that Defendant Derek Luebbert produce at the examination the following records and documents:

1. Personal identification, to include a driver's license.

2. All tax returns filed by the Judgment Debtor for the last two years.

3. Copies of all bank statements belonging to the Judgment Debtor for the last two years.

4. Legal descriptions of all real estate and leasehold interest owned.

5. Titles to automobiles, trucks, boats, or other equipment, which is owned by you or which you have claim to;

6. List of all accounts receivable.

7. List of all property with a value in excess of $200.00, which may have been transferred, conveyed or mortgaged within the past year, the assigns thereof and the value thereof.

8. A copy of your last paycheck stub from your employer.

It is further

ORDERED that the Clerk of Court serve a copy of this Order by regular mail and certified mail, return receipt requested, upon Defendant Derek Luebbert, 4101 Oak Street, Kansas City, MO 64111.  Failure to appear may result in arrest and punishment for contempt of court.

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE