# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**In re:**
**Global Control Systems, Inc.,**

                  **Plaintiff,**

**vs.**

**Derek Francis Luebbert, et al.**

                  **Defendants.**

Case No. 14-0657-CV-W-DGK

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF MISSOURI:**

**WHEREAS**, on the **4th** day of **August, A.D., 2016** in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of **Plaintiff, Global Control Systems**, and against **Derek Francis Luebbert, et al**, herein after called debtor, for the sum of **$655,509.04**.

**AND WHEREAS**, the judgment was entered and docketed in the office of the Clerk, and the sum of **$655,509.04** dollars is now actually due and unpaid thereon, with interest and costs as computed by **Plaintiff**.

**THEREFORE, YOU ARE COMMANDED**, that of the goods and chattels, lands, and tenements of the said judgment debtor you cause to be made the full amount of said judgment, interest, and costs.

**HEREIN FAIL NOT**, and have you the said monies, together with this writ, before this Court on the 29th day of April 2024, (**30 days** from the date of service on this writ.)

**WITNESS** my hand and the seal of this Court at Kansas City, Missouri, this 29th day of March 2024.

                                              Paige Wymore-Wynn, Clerk

                                              By: _____
                                                      Court Executive / Deputy Clerk