# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Global Control Systems, Inc. | 14-0657-CV-W-DGK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Derek Francis Luebbert, Et al. | Notice & Summons of Garnishment |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Control Loop - c/o: United States Corporation Agents, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1028 N. Kingshighway St., Cape Girardeau, MO 63701-3503

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Berman DeLeve Kuchan & Chapman
c/o: Ronald S. Weiss
1100 Main St., Ste 2850
Kansas City, MO 64105

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: 

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Ronald S. Weiss* (signature)
TELEPHONE NUMBER: +1 (816) 471-5900
DATE: 3/29/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 45 | 44 | Kathryn Easter | 4/3/24 |

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served (if not shown above): Answer Direct
Morgan Thompson - Secretary

Date: 4-25-2024  Time: 12:30 [X] pm

Signature of U.S. Marshal or Deputy: *Jerry Reichert*

**REMARKS:**
$65.00 = 1 hour
3 miles = $2.01
Total: $67.01

Delivered to front desk Secretary Morgan Thompson to be mailed to Control Loop U.S Corporation.

US MARSHALS SERVICE E/MO CAPE GIRARDEAU
2024 APR 17 PM 4:58
RECEIVED

Form USM-285
Rev. 03/21