# UNITED STATES CORPORATION AGENTS, INC.

# SERVICE OF PROCESS ACCEPTANCE FORM

☒ WALK-IN  ☐ MAIL

| STATE: | DATE: | TIME: |
|---|---|---|
| MO | April 25, 2024 | 12:30 pm |

| NAME OF COMPANY BEING SERVED: | Control loop |
|---|---|
| SERVER'S NAME: | Deputy Reichert |
| SERVER'S PHONE: | 202-313-8157 |
| SERVER'S EMAIL: | Jeremy.Reichert@usdoj.gov |
| SERVER'S MAILING ADDRESS: *(For mail service only)* | |

### SERVER'S ACKNOWLEDGMENT

I confirm that I am serving documents to **United States Corporation Agents, Inc.**, which is the registered agent for the company being served.

_[signature]_
Server's Signature (for walk-in service only)

4-25-2024
Date

Morgan Thompson
Acceptor's Name (Please print clearly)

_[signature] M. Thompson_
Acceptor's Signature

4-25-24
Date

**SHIPMENT TRACKING NUMBER:**
7761 0854 6058

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

In re:

Global Control Systems, Inc.,

      Plaintiff,

vs.

Derek Francis Luebbert, et al.

      Defendants.

Case No. 14-0657-CV-W-DGK

### WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF MISSOURI:

WHEREAS, on the 4th day of August, A.D., 2016 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of **Plaintiff, Global Control Systems**, and against **Derek Francis Luebbert, et al**, herein after called debtor, for the sum of **$655,509.04**.

AND WHEREAS, the judgment was entered and docketed in the office of the Clerk, and the sum of $655,509.04 dollars is now actually due and unpaid thereon, with interest and costs as computed by **Plaintiff**.

THEREFORE, YOU ARE COMMANDED, that of the goods and chattels, lands, and tenements of the said judgment debtor you cause to be made the full amount of said judgment, interest, and costs.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court on the 29th day of April 2024, (30 days from the date of service on this writ.)

WITNESS my hand and the seal of this Court at Kansas City, Missouri, this 29th day of March 2024.

Date: Mar 29, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

1

Case 4:14-cv-00657-DGK    Document 272-1    Filed 05/15/24    Page 2 of 9

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

In re:

Global Control Systems, Inc.,

                                Plaintiff,

vs.

Derek Francis Luebbert, et al.

                                Defendants.

Case No. 14-0657-CV-W-DGK

## PRAECIPE FOR WRIT OF EXECUTION AND/OR GARNISHMENT

**TO THE CLERK:**

**ISSUE WRIT OF EXECUTION** in the above matter, directed to the United States Marshal (Special Process Server) for service on **defendant/judgment debtor, Derek Francis Luebbert, 4103 Oak Street, Kansas City, MO. 64111.** An amended judgment entered in this court against Derek Luebbert was entered on **August 4, 2016,** in the amount of **$655,509.04**, of which **$655,509.04** remains unsatisfied, together with interest of **$445,782.07** and costs of **$0.00** for a total of **$1,101,291.11** which remains unsatisfied, as calculated on this 29th day of March 2024, by the undersigned.

**RETURNABLE:**      30 days

                              Global Control Systems, Inc.

                              By:   <u>s/ Ronald S. Weiss</u>
                                      Ronald S. Weiss,   MO #21215
                                      1100 Main Street, Suite 2850
                                      Kansas City, MO 64105
                                      (816) 471-5900 telephone
                                      (816) 842-9955 facsimile
                                      rweiss@bdkc.com
                                      **ATTORNEYS FOR PLAINTIFF**

**DATE:** <u>March 29, 2024</u>

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Global Control Systems, Inc.,

                          Plaintiff,

vs.                                                Case No. 14-0657-CV-W-DGK

Derek Francis Luebbert, et al.

                          Defendants.

## NOTICE OF GARNISHMENT
## AND
## SUMMONS OF GARNISHEE

Control Loop
c/o: United States Corporation Agents, Inc.
1028 N. Kingshighway St.
Cape Girardeau, MO 63701-3503

Return Date: May 08, 2024

I, the undersigned United States Marshal, do declare to you, that I do attach, levy upon and seize in your hands, not to exceed statutory limitations as provided in 15 U.S.C. Sections 1671-1677 and R.S.MO. 525.030, all debts owing by you to the above named defendant, **Derek Francis Luebbert**, together with all property, money, rights, credits, bonds, bills, notes, drafts, checks and other choices in action, and also all other personal property, as well as other kinds of property whatsoever liable to garnishment of said defendant(s) in your possession or charge or under your control, or now owing by you and all that may come into your possession and charge or control, or become owing by you, between this time and the time of filing your answer herein 30 days.

And I further declare to you that I do attach, levy upon and seize in your hands all debts now due from you to the said defendant as well as all that may become due hereafter and before said time of your answer, not to exceed statutory limitations as provided in 15 U.S.C. Sections 1671-1677 and R.S.MO. 525.030, or so much thereof as shall be sufficient to satisfy the following:

| | |
|---|---|
| Principal: | $ 655,509.04 |
| Interest as of 04/08/2024: | $ 453,217.15 |
| Garnishment Proceedings Received: | $ 0.00 |
| Costs to Date: | $ 0.00 |
| Total for Garnishment: | $ 1,108,726.19 |

And I further declare to you that you are hereby summoned and required to mail, or exhibit and file, your original answer to the Interrogatories served simultaneously with this Notice and Summons of

1

Garnishment within ten (10) days after the return date of the Writ of Execution (30 days from the date of the issuance of the Writ), also the return date of the Notice of Garnishment and Summons, to the Clerk of the said Court at:

> Paige Wymore-Wynn
> Clerk of U.S. Bankruptcy Court
> U.S. Courthouse, Room
> 1510 400 East 9th Street
> Kansas City, MO 64106

and mail a copy of the answer to plaintiff's attorney at:

> Ronald S. Weiss
> Berman, DeLeve, Kuchan & Chapman
> 1100 Main Street, Suite 2850
> Kansas City, MO 64105

otherwise, **YOU ARE HEREBY SUMMONED** to be and appear before the said court on said day, then and there to answer upon oath such allegations and interrogatories as have been exhibited to you by Plaintiff and abide by the further order of the Court.

Given under my hand at Kansas City, Missouri, on the date first below written.

Scott Seeling
Acting United States Marshal
Western District of Missouri

By: _____
Deputy

_____
Date April 17, 2024

2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Global Control Systems, Inc.,

                Plaintiff,

vs.

Derek Francis Luebbert, et al.

                Defendants.

Case No. 14-0657-CV-W-DGK

## NOTICE TO GARNISHEE/EMPLOYER

1. Interrogatories are served with a summons of garnishment. You must file and serve your answers to the interrogatories within ten days after the return date.

2. If you are an employer: Notify your employee that his/her wages have been garnished and that you will hold 25% of his/her earnings (if not for child support or maintenance), after deductions required by law, or, if the employee is a head of a family and a resident of this state, 10% after deductions required by law (AMOUNTS TO WITHHOLD FOR CHILD SUPPORT AND MAINTENANCE ARE ESTABLISHED BY FEDERAL LAW), until:

    a. He secures a release from the Court; or

    b. You get an order from the Court.

3. Then withhold the amount required to be held until the return date shown on the garnishment form. Do not send money to the Court without further instructions from the Court. Deductions required by law are limited to federal, state and city income and earnings taxes and FICA taxes.

4. If you are a depository such as a bank or savings and loan: You are required to hold funds in the account of the defendant(s) as directed by the summons of garnishment and notify the defendant(s) of what you have done. If any further funds subject to garnishment are deposited by the defendant(s) these also must be held. You are responsible for all funds in the account or deposited into the account from the date you get these papers until the return date shown on the garnishment papers. Do not release funds subject to garnishment from the account until you receive further instructions from the Court.

5. If you have questions, you should contact your attorney or attorney for the plaintiff.

YOUR ANSWERS TO INTERROGATORIES ARE TO BE MAILED TO:

☑ Bankruptcy Court:
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

☑ Attorneys for Plaintiff:
Berman DeLeve Kuchan & Chapman
1100 Main Street, Suite 2850
Kansas City, MO 64105

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re:

Global Control Systems, Inc.,

                            Plaintiff,

vs.

Derek Francis Luebbert, et al.

                            Defendants.

Case No. 14-0657-CV-W-DGK

## INTERROGATORIES TO GARNISHEE

Garnishee:
    Control Loop
    c/o: United States Corporation Agents, Inc.
    1028 N. Kingshighway St.
    Cape Girardeau, MO 63701-3503

INSTRUCTIONS: You are to answer these interrogatories **UNDER OATH** within ten (10) days after the return date of the summons of garnishment and mail the **ORIGINAL** to the **UNITED STATES BANKRUPTCY COURT** and a **COPY** to the attorney for the plaintiff (or the plaintiff individually if there is no attorney) listed below.

1. At the time of service of the garnishment, or at any time thereafter until the return date stated in the Summons of Garnishment, have you had in your possession or under your control any property, money (excluding wages, salary, and commissions), or effects of the judgment debtor/defendant? If so, state what property, how much, of what value, and what money or effects.

   ANSWER:

1

2.  At the time of service of the garnishment, or at any time thereafter until the return date stated in the Summons of Garnishment, did you owe the defendant any money (including wages, salary, and commissions), or do you owe defendant any now?

    ANSWER:

    IF NOT YET DUE, WHEN WILL IT BECOME DUE?

    If the amount owed defendant is for wages, salary or commission, state:

    a.  Amount owed after deductions required by law:
        $ _____ (Deductions required by law are limited to federal, state, and city income and earnings taxes and FICA taxes).

    b.  Amount withheld pursuant to the garnishment:
        $ _____

3.  Is the defendant still within your employ? If not, state the date his employment terminated.

    ANSWER:

4.  At the time of service of the garnishment, or at any time thereafter until the return date stated in the Summons of Garnishment, will you or have you since become or are you now bound in any contract to pay the judgment debtor money not yet due? If so, state the amount to be paid out and when due and payable.

    ANSWER:

2

STATE OF MISSOURI      )
                       ) §
COUNTY OF _____ )

       The undersigned, being duly sworn on oath states that he/she has read the foregoing interrogatories and the answers given are true to the best of affiant's knowledge and belief.

_____
Signature of Garnishee

       The foregoing answers to interrogatories were subscribed and sworn to before me on this _____ day of _____ 2024.

_____
Notary Public

My Commission Expires: _____

                          _____
                          (Attorney for Garnishor/Judgment Creditor)

3

Case 4:14-cv-00657-DGK   Document 272-1   Filed 05/15/24   Page 9 of 9